UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Petitioner,

Case No. 21-cv-10319
Hon. Matthew F. Leitman

v.

MICHAEL J. BOUCHARD,

    Respondent.

_____/

## JUDGMENT

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Opinion and Order entered on April 7, 2021:

(1) The Petition for a Writ of Habeas Corpus is DENIED WITH PREJUDICE; and

(2) A Certificate of Appealability is DENIED.

                                            KINIKIA ESSIX
                                            CLERK OF COURT

                                  By:    s/Holly A. Monda
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 7, 2021
Flint, Michigan